In the Matter of MICHAEL DONOHUE, Appellant, against
IRVING V. A. HUIE, as Commissioner of Public Works
of the City of New York, et al., Respondents.

Argued January 21, 1941; decided February 27, 1941.

*Irving H. Saypol* and *Leo Kotler* for appellant.

*William C. Chanler,* Corporation Counsel (*Stanley Buchsbaum, Robert H. Schaffer* and *George G. Gallantz* of counsel), for Irving V. A. Huie, as Commissioner of Public Works of the City of New York, et al., respondents.

*James B. M. McNally* and *Samuel Rudykoff* for Eugene D. Grun, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.